UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANNA L. V. SAKSON,

Plaintiff,

-against-

CONCORDIA COLLEGE – NEW YORK
FOUNDATION, INC., d/b/a CONCORDIA COLLEGE
NEW YORK,

Defendant.

07 Civ. 3709
(WCC)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this case for Defendant Concordia College

(incorrectly named herein as "Concordia College – New York Foundation, Inc., d/b/a Concordia

College New York"). I certify that I am admitted to practice in the Southern District of New

York.

Dated: June 8, 2007
       Jericho, New York

NIXON PEABODY LLP

By: _____/s/ Jessica Grossman_____
         Jessica Grossman  (JG-2534)
         50 Jericho Quadrangle, Suite 300
         Jericho, NY 11753
         (516) 832-7500
         jgrossman@nixonpeabody.com

10606309.1

## CERTIFICATE OF SERVICE

This is to certify that June 8, 2007, I caused a copy of the foregoing Notice of

Appearance, in the matter of <u>Janna L.V. Sakson v. Concordia College – New York Foundation,</u>

<u>Inc., d/b/a Concordia College New York</u>, 07 Civ. 3709 (WCC), to be served by first-class mail,

postage prepaid on counsel for Plaintiff as follows:

> Mitchell I. Weingarden
> Marsh Menken & Weingarden, PLLP
> 81 Main Street, Suite 305
> White Plains, New York 10601

Dated:  June 8, 2007

Jessica Grossman (JG-2534)