UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANNA L. V. SAKSON,

                                      Plaintiff,

-against-

CONCORDIA COLLEGE – NEW YORK
FOUNDATION, INC., d/b/a CONCORDIA COLLEGE
NEW YORK,

                                      Defendant.

07 Civ. 3709
(WCC)

---

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Concordia College (incorrectly named herein as "Concordia College – New York Foundation, Inc., d/b/a Concordia College New York"), by its undersigned counsel, affirms that it has no parent corporation and is not owned by a publicly-held corporation. Concordia College is a private, not-for-profit educational institution.

Dated: June 8, 2007
       Jericho, New York

                                          **NIXON PEABODY LLP**

                                          By: _____/s/ James P. O'Brien, Jr._____
                                                James P. O'Brien, Jr. (JO-9373)
                                          50 Jericho Quadrangle, Suite 300
                                          Jericho, NY 11753
                                          (516) 832-7500

                                          *Attorneys for Defendant Concordia College*

To: Mitchell I. Weingarden, Esq.
     Marsh Menken & Weingarden, PLLP
     81 Main Street
     Suite 305
     White Plains, New York 10601
     *Attorneys for Plaintiff*

10611991.2