## CERTIFICATE OF SERVICE

This is to certify that on June 8, 2007, I caused a copy of the foregoing Defendant's Answer with Affirmative Defenses and Rule 7.1 Disclosure Statement, in the matter of <u>Janna L.V. Sakson v. Concordia College – New York Foundation, Inc., d/b/a Concordia College New York</u>, 07 Civ. 3709 (WCC), to be served by first-class mail, postage prepaid on counsel for Plaintiff as follows:

>Mitchell I. Weingarden
>Marsh Menken & Weingarden, PLLP
>81 Main Street, Suite 305
>White Plains, New York 10601

Dated: June 8, 2007

*Jessica Grossman*
Jessica Grossman (JG-2534)

10612808.1