**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANNA L.V. SAKSON,

                        Plaintiff,

- against -

CONCORDIA COLLEGE-NEW YORK FOUNDATION,
INC., d/b/a CONCORDIA COLLEGE NEW YORK,

                        Defendant.

07 Civ. 3709

(WCC)

ECF CASE

## STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF JANNA L.V. SAKSON'S CLAIMS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the counsel for the parties that plaintiff Janna L.V. Sakson's claims against Concordia College (incorrectly named herein as "Concordia College—New York Foundation, Inc., d/b/a Concordia College New York) in the complaint in the above-referenced action are dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear their or its own costs and attorneys' fees.

Dated: 1/22, 2008

**MARSH MENKEN & WEINGARDEN, PLLC**

By: _Mitchell Weingarden (MW 0294)_
81 Main Street, Suite 305
White Plains, New York 10601

*Attorneys for Plaintiff*

Dated: 1/22, 2008

**NIXON PEABODY LLP**

By: _James P. O'Brien (JO 9373)_
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753-2728
(516) 832-7500

*Attorneys for Defendant*

SO ORDERED:

_William C. Conner_

Sr. United States District Judge

Dated: Feb. 29, 2008
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD